UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WALTER FORD,<br><br>    Plaintiff,<br><br>v.<br><br>RSM PROPERTIES, INC., a California Corporation; BIG 5 CORP., a Delaware Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: ED CV 18-892-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION [27]** |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby ordered dismissed with prejudice in its entirety as to all parties. The parties shall bear their own attorneys' fees and costs.

DATED: November 6, 2018

                                       _/s/ Dolly M. Gee_
                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE